IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TYREE STRATTON,

   Plaintiff,

v.            Civil Case No. JFM-13-371

BOBBY MEEKS

   Defendant.

*******

## ORDER

I have reviewed U.S. Magistrate Judge Susan Paradise Baxter's August 29, 2014 Report and Recommendations, to which no objections have been filed. I agree with Judge Baxter's rationale and recommended disposition. Therefore, it is, this 25th day of September, 2014 ORDERED that:

1. Judge Baxter's Report and Recommendations (ECF No. 13) BE, and HEREBY IS, ADOPTED as an order of the Court;

2. the Clerk of Court shall CLOSE this case; and

3. the Clerk shall send copies of this Order to counsel for the parties.

                _____
                J. Frederick Motz
                United States District Judge